REINHART KUELLING, Respondent, *v.* THE RODERICK LEAN MANUFACTURING COMPANY, Appellant.

*Kuelling* v. *Roderick Lean Mfg. Co.*, 113 App. Div. 891, affirmed.
(Argued October 14, 1907; decided October 29, 1907.)

APPEAL from a judgment, entered June 2; 1906, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiff on the verdict in an action to recover for personal injuries alleged to have been caused by defendant's wrongful sale of a machine containing concealed dangerous defects.

*S. D. Bentley* for appellant.

*Charles Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.